ent, v. The Brooklyn Citizen and Others, Appellants.— Judgment unanimously affirmed, with costs. The evidence presented a fair question of fact on liability for the jury. The existence of a hole or trench outside the roped-in area, was conceded; therefore, testimony of the filling in of that hole after the accident could not have been prejudicial since the jury were instructed more than once that liability could only be predicated upon the existence of a hole within the roped-in area. The questions with respect to filling in operations within the roped-in area disclosed that no such filling in had occurred. Therefore, this precludes prejudice to the defendants because of questions relating to the filling in operations. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

Namron Construction Co., Inc., Respondent, v. T. M. S., Inc., Appellant, and Others, Defendants.— Order denying motion of defendant T. M. S., Inc., to dismiss complaint for lack of prosecution affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

Joseph Nassani, Respondent, v. Henry A. Rogers and Ramon Mata, Appellants.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, unless plaintiff stipulate within ten days to reduce the verdict to the sum of $1,500; in which event the judgment as so modified, together with the costs of trial as already taxed, is unanimously affirmed, without costs. The proof concerning future contingent medical services was incompetent and the submission of the $500 item to the jury was erroneous. (Cuming v. Brooklyn City R. R. Co., 109 N. Y. 95.) While we cannot be certain that the jury based its finding on this evidence, we deduct that amount as tangible from a verdict which exceeds the damages established by the proof. Young, Kapper, Carswell, Scudder and Davis, JJ., concur.

Josephine Nassani, an Infant under the Age of Fourteen Years, by Her Guardian ad Litem, Joseph Nassani, Respondent, v. Henry A. Rogers and Ramon Mata, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

North Ridgewood Homes, Inc., Respondent, v. Packard Investing Corporation, Appellant.— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Scudder and Davis, JJ., dissent.

The People of the State of New York, Respondent, v. Oscar Haas, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

The People of the State of New York, Respondent, v. Morris Pomerantz, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Young, J., dissents.

The People of the State of New York, Respondent, v. William L. Shafer, Appellant.— Judgment of conviction of the County Court of Orange county and order denying motion to set aside the verdict and for a new trial unanimously affirmed, pursuant to section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.